FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ JUN 07 2012 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TYRONE SIMMONS,

                Plaintiff,

   -against-

WILLIAM C. STANBERRY, JR.,
A/K/A "APEX,"
CURTIS JACKSON A/K/A "50 CENT,"
UNIVERSAL MUSIC GROUP,
INTERSCOPE RECORDS,
APEX PRODUCTIONS, LLC D/B/A
APEX PRODUCTIONZ,
AFTERMATH ENTERTAINMENT,
SHADY RECORDS, G-UNIT RECORDS,
JOHN DOES 1-20, fictitious persons,
and, XYZ PRODUCTIONS 1-20,
fictitious entities,

                Defendants.
------------------------------------------------------------------X

PARTIAL
JUDGMENT
10-CV- 5815 (DLI)

        A Memorandum and Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on March 23, 2012, dismissing with prejudice Counts I, IV, V, and VI of the complaint as to Defendants Curtis Jackson, a/k/a "50 Cents," UMG Recordings (s/h/a Universal Music Group), Interscope Records, a division of UMG Recordings (s/h/a Interscope Records), Aftermath Records, (s/h/a Aftermath Entertainment), Shady Records, and G-Unit Records, LLC (s/h/a G-Unit Records) only; it is

        ORDERED, ADJUDGED AND DECREED that Counts I, IV, V, and VI of the complaint are dismissed with prejudice as to Defendants Curtis Jackson, a/k/a "50 Cents," UMG

JUDGMENT 10-CV- 5815 (DLI)

Recordings (s/h/a Universal Music Group), Interscope Records, a division of UMG Recordings (s/h/a Interscope Records), Aftermath Records, s/h/a Aftermath Entertainment), Shady Records, and G-Unit Records, LLC (s/h/a G-Unit Records).

Dated: Brooklyn, New York  
June 7, 2012

Douglas C. Palmer  
Clerk of Court

by.  
s/MG  
Michele Gapinski  
Chief Deputy for  
Court Operations

2